NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7117

JOHN L. GUILLORY,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 06-2926, Judge Lawrence B. Hagel.

ON MOTION

O R D E R

Upon consideration of the appellant's motion for a 45-day extension of time, until

February 4, 2010, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

DEC 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark A. Delphin, Esq.
    Scott D. Austin, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK